JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ENGLAND an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Texas Corporation authorized to do business in California; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.  8:21-cv-01906-JLS-ADS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

## ORDER

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 30), hereby DISMISSES WITH PREJUDICE Plaintiff's Complaint in this case.

**IT IS SO ORDERED.**

DATED: December 21, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE